UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **CARRIE SIMS,** | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 4:23CV01549 HEA |
| **MARTIN O'MALLEY,**[1] **Commissioner of Social Security,** | ) ) ) ) |
| Defendant. | ) ) |

## OPINION, MEMORANDUM AND ORDER

This matter is before the Court on the Commissioner's Motion to Reverse and Remand, [Doc. No.13]. For the reasons set forth in the motion, the Court agrees that the decision of the Administrative Law Judge should be reversed and remanded.

Accordingly,

**IT IS HEREBY ORDERED** that pursuant to sentence four of 42 U.S.C. § 405(g), the decision of the Commissioner is reversed.

**IT IS FURTHER ORDERED** that this matter is remanded to the Commissioner for further proceedings

A separate judgment in accordance with this Opinion, Memorandum and Order is entered this same date.

---

[1] 1 Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Dated this 3rd day of April, 2024.

                                                                  _____

                                                              HENRY EDWARD AUTREY  
                                                              UNITED STATES DISTRICT JUDGE